WILLIAM E. ADAMS #153330
DAVID C. LEE #193743
DAWN NEWTON #209002
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California  94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: wadams@fablaw.com, dnewton@fablaw.com

Attorneys for Plaintiff C. Mondavi & Sons

JILL B. ROWE #197713
VIJAY TOKE #215079
COOPER, WHITE & COOPER LLP
201 California Street, 17th Floor
San Francisco, CA  94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530
Email: vtoke@cwclaw.com

Attorneys for Vero Wine Group dba
Hop Kiln Winery, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| C. MONDAVI & SONS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VERO WINE GROUP, LLC dba HOP KILN WINERY, INC., a California limited liability corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: C08-05196 BZ<br><br>**STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE; [PROPOSED] ORDER** |

/ /

/ /

/ /

/ /

/ /

1

STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE; [PROPOSED]
ORDER, Case No.: C08-05196 BZ

7/13/09 (25707) #341021.1

1      The parties in this action, through their undersigned counsel, hereby stipulate to dismiss

2  all proceedings in this matter with prejudice.

3

4  Dated: July 13, 2009               Fitzgerald Abbott & Beardsley LLP

5

6                         By _____

7                             William E. Adams
                               Attorneys for Plaintiff

8                               C. MONDAVI & SONS

9

10  Dated: July 13, 2009               Cooper, White & Cooper LLP

11

12                         By _____

13                             Vijay Toke
                               Attorneys for Defendant

14                               VERO WINE GROUP, LLC dba HOP
                               KILN WINERY, INC.

15

16                   **[PROPOSED] ORDER**

17      PURSUANT TO STIPULATION, IT IS SO ORDERED that this entire action is hereby
  dismissed with prejudice, each side bearing their respective fees and costs.

18

19

20  Dated: ___July 20, 2009___

21                          Honorable Bernard Zimmerman
                          United States Magistrate Judge

22

23

24

25

26

27

28

STIPULATED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE; [PROPOSED]
ORDER, Case No.: C08-05196 BZ

7/10/09 (25707) #341021.1